IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| CLARENCE CLARK, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : |
| | : No. 5:97-CR-74 (CAR) |
| UNITED STATES OF AMERICA, | : |
| | : |
| Respondent. | : |
| | : |

## ORDER ON THE RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge [Doc. 489] to dismiss Petitioner Clarence Clark's Motion to Adopt Co-Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [Doc. 488]. Petitioner has not entered an objection to the Recommendation. Upon review of the record, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation [Doc. 489] is **ADOPTED and MADE THE ORDER OF THE COURT**. Petitioner's Motion [Doc. 488] is **DISMISSED**.

**SO ORDERED,** this 21st day of October, 2013.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

ADP